B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Gaines**      Case No. **22-12452**
Debtor(s)      Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **1,828.00** |
   | Prior to the filing of this statement I have received | $ **862.00** |
   | Balance Due | $ **966.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See representation agreement**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **See representation agreement**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 28, 2022** | **/s/ Robert J Skowronski** |
| *Date* | Robert J Skowronski 6290776 |
| | *Signature of Attorney* |
| | **Law Offices of Robert J Skowronski, Ltd** |
| | **5491 N. Milwaukee Ave** |
| | **Chicago, IL 60630** |
| | **(773) 283-1600  Fax: (773) 337-9840** |
| | **rbskowronski@gmail.com** |
| | *Name of law firm* |

# LAW OFFICES OF ROBERT J. SKOWRONSKI, LTD

5491 N. Milwaukee Ave

Chicago, IL 60630

(773) 283-1600 • Fax (773) 337-9840

## PRE-FILING CHAPTER 7 RETAINER AGREEMENT

This agreement is made on the date of October 19, 2022, between MICHAEL GAINES, hereinafter referred to as the "Debtor(s)," and the Law Offices of Robert J. Skowronski, Ltd.

Debtor agrees to retain the services of the Law Offices of Robert J. Skowronski, Ltd. for the limited purpose of providing the following specific legal services: evaluating the Debtor(s) financial situation; explaining the Debtor(s) legal options, including chapter 7 & chapter 13 bankruptcy, and; preparing and filing a chapter 7 bankruptcy petition and initial schedules on behalf of the Debtor(s). For this work, the Debtor(s) agrees to pay a retainer to the Law Offices of Robert J. Skowronski, Ltd. in the amount of $862.00 & filing costs in the amount of $338.00.

Debtor(s) understands and acknowledges that the Law Offices of Robert J. Skowronski, Ltd.'s representation of Debtor(s) is fully completed and any and all agreements, including this one, are terminated upon the filing of Debtor(s) bankruptcy petition and initial schedules. Neither Debtor(s) nor the Law Offices of Robert J. Skowronski, Ltd., are under any further obligation to each other once the bankruptcy petition has been filed with the Court. Thus, following the filing of Debtor(s) bankruptcy petition, Debtor(s) may represent themselves, obtain other legal representation, or retain the Law Offices of Robert J. Skowronski for services to be rendered subsequent to the filing of the Chapter 7 petition.

It is also understood that both Debtor(s) and the Law Offices of Robert J. Skowronski, Ltd., enter this agreement with the intention that upon the completion/termination of services contracted for under this agreement, Debtor(s) will enter into a second retainer agreement with the Law Offices of Robert J. Skowronski, Ltd., for post-filing Chapter 7 bankruptcy services. If Debtor(s) intent is to have the Law Offices of Robert J. Skowronski, as their legal representative subsequent to the petition being filed, an additional retainer agreement must be entered into.

This agreement is the full and complete agreement between Debtor(s) and the Law Offices of Robert J. Skowronski., Ltd; supersedes any prior agreements entered between the same at any time prior to the signing of this agreement, and, may not be altered or amended by either party except in writing accompanied by the signature of both parties.

x _Michael A. Gaines_____

X_____ The Law Offices of Robert J. Skowronski, Ltd.

_10-19-22_

Date

## LAW OFFICES OF ROBERT J. SKOWRONSKI, LTD

5491 N. Milwaukee Ave

Chicago, IL 60630

(773) 283-1600 • Fax (773) 337-9840

## POST-FILING CHAPTER 7 RETAINER AGREEMENT

Re: Case No. 22-12452

This agreement is made on the date of October 28, 2022, between MICHAEL GAINES hereinafter referred to as the "Debtor(s)," and the Law Offices of Robert J. Skowronski, Ltd.

The undersigned has previously retained the Law Offices of Robert J. Skowronski to file a chapter 7 bankruptcy petition and schedules and to provide pre-petition services only. Debtor(s) is aware that Debtor(s) is under no obligation to enter into this agreement for legal services to be provided subsequent to bankruptcy filings. Debtor(s) is free to hire another attorney to represent themselves or may represent themselves pro se in the post filing bankruptcy proceedings.

Having understood the above, the undersigned now agrees to retain the Law Offices of Robert J. Skowronski, Ltd., to perform the below contemplated post-petition legal services and agrees to pay to the Law Offices of Robert J. Skowronski, Ltd. the below quoted non-refundable fees.

The contemplated post-petition legal services to be rendered are: preparing and mailing notices of the automatic stay to all creditors and the Debtor's employer, if necessary; responding to requests for information by the US and/or case trustee, as required; negotiating reaffirmation agreements when appropriate and requested by the Debtor(s); providing the case trustee with documentation required for the 341 hearing; preparing the Debtor(s) for the initial 341 hearing; attending the initial 341 hearing; filing the certificate of debtor education; preparing motions to set aside personal property liens pursuant to 11 USC 522(f)(2) or judicial liens pursuant to 11 USC (f)(1), however these motions are to be included in contemplated services to be rendered only if liens are disclosed to the Law Offices of Robert J. Skowronski, Ltd. prior to the signing of this agreement; if disclosed subsequent to the signing of this agreement said services will be considered as additional services and a separate fee agreement will be entered into between the parties, provided the undersigned wishes to retain the Law Offices of Robert J. Skowronski, Ltd., to perform said services. Further services contemplated by this agreement as, when appropriate, stopping wage deduction orders, garnishments, citations, sending notices to utilities to avoid shutoff or to reinstate service, sending notice to the Secretary of State to stop suspension of driving privileges because of lack of liability coverage and obtaining the discharge order when entered by the court.

Services not contemplated by this retainer agreement are amendments to schedules, including omitted creditors, continued meetings of creditors due to debtor's failure or inability to appear, reinstatement of dismissed cases, conversion from Chapter 7 to Chapter 13, adversary

proceedings, proceedings to determine discharge ability of a debt, objections to discharge, bankruptcy abuse or fraud, services to obtain release of transcripts requiring a court appearance or any action for stay violations, preference actions, fraudulent conveyance actions or redemption, or any state court proceedings.

<u>In exchange for representation of the Debtor(s) in these proceedings, Debtor agrees to pay the Law Offices of Robert J. Skowronski, Ltd., the amount of $966.00.</u> There is no penalty if Debtor chooses to pay this amount early. Debtor(s) acknowledges that Debtor(s) retain no legal or equitable interest in the retainer and understands that fees paid under this agreement are only for services specifically itemized. The Debtor(s) understands that attorney's fees are payable whether the undersigned obtains a discharge or not from the creditors listed and whether the case is dismissed or converted to another Chapter. In the event that the Debtor(s) fails to pay any balance due under this agreement, the Debtor(s) agrees to remain liable on the entire balance due as well as reasonable attorney fees and costs for collection pursuant to this agreement. The undersigned acknowledges receiving a copy of this agreement.

In consideration of the promise to pay the above noted sums, the Law Offices of Robert J. Skowronski, Ltd., agrees to accept employment and render services upon the terms specified herein.

This agreement is the full and complete agreement between Debtor(s) and the Law Offices of Robert J. Skowronski., Ltd; supersedes any prior agreements entered between the same at any time prior to the signing of this agreement, and, may not be altered or amended by either party except in writing accompanied by the signature of both parties.

X _[signature]_

X_____

_[signature]_____

The Law Offices of Robert J. Skowronski, Ltd.

10/28/22

Date